UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEIDRE JOHNSON,

    Plaintiff,

-vs-                               CASE NO.:  6:14-CV-662-ORL-22DAB

SYNCHRONY BANK f/k/a G.E. CAPITAL
RETAIL BANK,

    Defendant.

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

**COME NOW** the Plaintiff, DEIDRE JOHNSON, and the Defendant, SYNCHRONY BANK f/k/a G.E. CAPITAL RETAIL BANK, jointly by and through their respective undersigned counsel, hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii), of the Fed. R. Civ. P., to the dismissal of this case, with prejudice, each party to bear her or its own costs and attorneys' fees, and request entry of an appropriate Order disposing of this case.

Respectfully submitted this  13th  day of _____ February _____, 2015.

/s/ Amanda J. Allen _____    /s/ Marc T. Parrino _____
Amanda Allen, Esquire                  Marc T. Parrino, Esquire
Morgan & Morgan, Tampa,  P.A.         Liebler, Gonzalez & Portuondo, P.A.
One Tampa City Center                  Courthouse Tower - 25th Floor,
Tampa, FL 33602                       44 West Flagler Street
Tele: (813) 223-5505                  Miami, FL 33130
Fax: (813) 223-5402                   Tele: (305) 379-0400
AAllen@ForThePeople.com            Fax: (305) 379-9626
Florida Bar#: 0098228                 mtp@lgplaw.com
Attorney for Plaintiff                  Florida Bar#: 0018197
                                 Counsel for Defendant

## CERTIFICATE OF SERVICE

I, Amanda Allen, hereby certify that on February 13th, 2015, I electronically filed the

foregoing with the Clerk of Court using the ECF system which sent notification of such filing

to:

Marc T. Parrino, Esq.
Liebler Gonzalez & Portuondo, P.A.
Courthouse Tower - 25th Floor,
44 West Flagler Street
Miami, FL 33130
Tele: (305) 379-0400
Fax: (305) 379-9626
mtp@lgplaw.com
Florida Bar#: 0018197

And

Joseph B. Prater *(pro hac vice)*
E-mail: jprater@reedsmith.com
Reed Smith LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606
Telephone: (312) 207-2419
Fax: (312) 207-6400
Attorneys for Defendant

*/s/ Amanda J. Allen*
Amanda J. Allen, Esquire
FBN: 0098228